AO 245E    (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
           Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

13 OCT 23 PM 2:48

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Organizational Defendants) |
| M. TRADE, INC. (11), | CASE NUMBER: 12CR3137-MMA |

Kenneth P. White
Defendant Organization's Attorney

☐

THE DEFENDANT ORGANIZATION:
☐ pleaded guilty to count(s) _____
☒ was found guilty on count(s) 1,2,4,57 of the Indictment
after a plea of not guilty.
Accordingly, the defendant organization is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:371 | Conspiracy to Defraud the United States and Commit Offenses against the United States | 1 |
| 18:1956(a)(2)(A) and (h) | Entry of Goods by Means of False Statements | 2,4 |
| 18:981 and 982: 28:2461 | Conspiracy to Launder Monetary Instruments; Criminal Forfeiture | 57 |

The defendant organization is sentenced as provided in pages 2 through ___4___ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant organization has been found not guilty on count(s) _____
☒ Count(s) Remaining   is ☐  are ☒  dismissed on the motion of the United States.
☒ Assessment Total $400.00 ( Ct:1 $100.00, Ct:2 $100.00, Ct:4 $100.00 Ct:57 $100.00)

☒ Fine ordered waived       ☐ Forfeiture pursuant to order filed _____ , included herein.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

OCTOBER 21, 2013
Date of Imposition of Sentence

HON. MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE

12CR3137-MMA

AO 245E    (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Probation

Judgment—Page  2  of  4

DEFENDANT ORGANIZATION: M. TRADE, INC. (11),
CASE NUMBER: 12CR3137-MMA

## UNSUPERVISED PROBATION

The defendant organization is hereby sentenced to probation for a term of:

Counts: 1,2,4, and 57 Five (05) Years

## MANDATORY CONDITION

[x] The defendant organization shall not commit another federal, state or local crime.

[ ] If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution.

[x] The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page.

### STANDARD CONDITIONS OF SUPERVISION

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organizations's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E    (Rev. 12/11) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 — Continued 1 — Probation

Judgment—Page  3  of  4

DEFENDANT ORGANIZATION: M. TRADE, INC. (11),
CASE NUMBER: 12CR3137-MMA

## SPECIAL CONDITIONS OF SUPERVISION

1. Provide complete disclosure of personal and business financial records to the probation officer as requested.

2. Submit corporate records and premises to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of probation; failure to submit to a search may be grounds for revocation.

3. The corporation is required to have an effective program to prevent and detect violation of law.

AO 245S   Judgment in Criminal Case
         Sheet 5 — Criminal Monetary Penalties

Judgment — Page 4 of 4

DEFENDANT: M. TRADE, INC. (11),
CASE NUMBER: 12CR3137-MMA

# RESTITUTION

The defendant shall pay restitution in the amount of _____$65,440.09_____ unto the United States of America.

This sum shall be paid ___ immediately.
              __x__ as follows:

Defendant shall pay restitution through the Inmate Responsibility Program at the rate of 50% of the Defendant's income, or $25.00 per quarter, whichever is greater. Defendant shall then pay restitution during his supervised release period to the California Board of Equalization at the rate of $200 per month. After Defendant has completed these payments to the California Board of Equalization, he shall pay restitution to the United States Customs and Border Protection at the rate of $200 per month. See restitution order filed on 10/15/2013.

United States Customs and Border Protection         $65,440.10
National Finance Center
Attn: Revenue Division (Restitutions)
6650 Telecom Drive
Indianapolis, IN 46278

The Court has determined that the defendant  does  have the ability to pay interest. It is ordered that:

___ The interest requirement is waived.

___ The interest is modified as follows:

12CR3137-MMA